NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

10-640

STATE OF LOUISIANA
VERSUS
DAPHANIE COMEAUX
A.K.A. DAPHANIE CURRY TILGHMAN

**********

APPEAL FROM THE
LAFAYETTE CITY COURT
PARISH OF LAFAYETTE, NO. SC1998-1865
HONORABLE FRANCES M. BOUILLION, CITY COURT JUDGE

**********

J. DAVID PAINTER
JUDGE

**********

Court composed of Oswald A. Decuir, J. David Painter, and David E. Chatelain*, Judges.

APPEAL DISMISSED.

David Smith
Lafayette Parish District Attorney's Office
Post Office Box 3306
Lafayette, Louisiana 70502
(337) 232-5170
COUNSEL FOR PLAINTIFF/APPELLEE:
    State of Louisiana

_____

*Judge DAVID E. CHATELAIN, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

Randy J.Lassiegne
Attorney at Law
Post Office Box 5313
Lafayette, Louisiana 70502
(337) 233-1720
COUNSEL FOR INTERVENORS/APPELLANTS:
    Safety National Casualty Corporation and A-Able Bonding, Inc.

Daphanie Comeaux
a.k.a. Daphanie Curry Tilghman
915 South College Street, Apt. 102
Lafayette, Louisiana 70506
DEFENDANT/APPELLEE:
    In Proper Person

PAINTER , Judge.

For the reasons assigned in *City of Lafayette v. Dahanie Comeaux a.k.a. Daphanie Curry Tilghman*, filed under this court's docket number 10-48, we hereby dismiss this appeal as premature at Appellants' costs.

**APPEAL DISMISSED.**

This opinion is **NOT DESIGNATED FOR PUBLICATION.**
Rules 2-16.2 and 2-16.3, Uniform Rules, Courts of Appeal.